# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**BILL OF COSTS**

September 8, 2015

Taxed in Favor of: **Appellant Dan Pace ; Appellant Jeanne Pace**

| | |
|---|---|
| No. 14-1940 | JEANNE PACE and DAN PACE,<br>Plaintiffs - Appellants<br><br>v.<br><br>TIMMERMANN'S RANCH AND SADDLE SHOP INC., et al.,<br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:13-cv-00818<br>Northern District of Illinois, Eastern Division<br>District Judge James B. Zagel | |

The mandate or agency closing letter issued in this cause on September 8, 2015.

BILL OF COSTS issued in the amount of: $423.90.

|   |   | Cost of<br>Each Item | Total Cost<br>Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: _____ | _____ | _____ |
| 2. | For reproduction of any record or paper, per page: _____ | _____ | _____ |
| 3. | For reproduction of briefs: | _____ | __ $423.90_ |

4.  _____
    _____          _____     _____
    _____

5.  _____
    _____          _____     _____

                                                            TOTAL:      \_\_ $423.90\_

form name: **c7_BillOfCosts**(form ID: **140**)