# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

August 4, 2015

| Before: | KENNETH F. RIPPLE, Circuit Judge |
| | MICHAEL S. KANNE, Circuit Judge |
| | DIANE S. SYKES, Circuit Judge |

| No. 14-1940 | JEANNE PACE and DAN PACE, Plaintiffs - Appellants  v.  TIMMERMANN'S RANCH AND SADDLE SHOP INC., et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:13-cv-00818  Northern District of Illinois, Eastern Division  District Judge James B. Zagel ||

The judgment of the District Court is **AFFIRMED IN PART, REVERSED AND REMANDED IN PART**. Ms. Pace may recover her costs in this appeal.

The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)